IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL E. ASHBAUGH, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 08-0666 |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) JUDGE LANCASTER |
| Defendant. | ) Electronic Filing |

## ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, Karl E. Osterhout, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Five Thousand Nine Hundred Fifty dollars and 00/00 cents ($5,950.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____ J.

1/12/09